134

897 A.2d 1165

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Shawn COLE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 5, 2006.

Decided April 21, 2006.

## ORDER

PER CURIAM.

AND NOW, this 21st day of April, 2006, the appeal is hereby dismissed as having been improvidently granted.